United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.

        Plaintiff,

   v.

NGOC HA T. NGUYEN,

        Defendant.

_____/

7UgYB c"%47J !S$) S*!@< ?

**ORDER APPOINTING COUNSEL**

Because the ____Defendant____ has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, _____ ____Sayuri Sharper____ is hereby appointed as counsel for ____Defendant____ _____ in this matter.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
Lucy H. Koh
United States District iX[Y