Sayuri K. Sharper (Bar No. 232331)
ssharper@sharperlaw.com
PRO BONO PROJECT SILICON VALLEY
480 N. First Street
San Jose, CA 95112
Telephone: (408) 998-5298
Facsimile: (408) 971-9672

Attorney for Defendant Ngoc Ha T. Nguyen

Thomas P. Riley (Bar No. 194706)
TPRLAW@att.net
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030
Telephone: (626)799-9797
Facsimile: (626)799-9795

Attorneys for Plaintiff Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>    Plaintiff, <br><br> v. <br><br> NGOC HA T. NGUYEN, et al., <br><br>    Defendant. | Case No. 11-CV-0506-LHK <br><br> **STIPULATION AND ~~REQUEST FOR~~ ORDER CHANGING TIME FOR EXISTING CASE SCHEDULE** <br><br> **AS MODIFIED** |

Defendant Ngoc Ha T. Nguyen ("Defendant") and Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") respectfully submit this stipulated Request for Order Changing Time for Existing Case Schedule.

1.   On October 13, 2011, this Court referred Defendant to the Federal Pro Bono Project and appointed Sayuri K. Sharper as Counsel for Defendant.  The appointment stayed the case for four weeks.

2. In the Case Management Order issued on October 12, 2011 (Docket Item No. 31), this Court gave the parties an additional 90 days to complete the ordered settlement conference, reset the deadline to amend the pleadings to November 10, 2011, and encouraged the parties to meet and confer to make any further modifications to the existing schedule and file a joint proposed case schedule if necessary.

3. The parties have scheduled a settlement conference with Magistrate Judge Grewal for January 6, 2012.

4. The parties have further agreed to the following proposed changes to the existing schedule:

Fact Discovery Cutoff: February 10, 2012

Last Day to File Expert Witness Designations: February 17, 2012

Expert Discovery Cutoff: March 9, 2012

Last Day to File Dispositive Motions: March 16, 2012

Pretrial Conference Date: To be determined by the Court

Court Trial Date: To be determined by the Court

5. The enlargement of time is necessary and reasonable to give the parties enough time to complete fact and expert discoveries if the parties are unable to settle on or prior to January 6, 2012, when the settlement conference is scheduled to be completed.

6. In its first Case Management Order (Docket Item No. 17), the Court ordered the parties to complete a settlement conference by October 26, 2011. In a subsequent Case Management Order, the Court gave the parties an additional 90 days to comply with the order. The Court and the parties have not made any other modifications to the existing schedule.

7. The requested changes will delay the trial date, which is currently set for March 30, 2012.

8. The parties respectfully request that this Court change the existing case schedule in accordance with the proposal above.

DATED:  November 17, 2011        PRO BONO PROJECT SILICON VALLEY

By: /s/
Sayuri K. Sharper
Attorney for Defendant

DATED:  November 17, 2011        LAW OFFICES OF THOMAS P. RILEY, P.C.

By: /s/
Thomas P. Riley
Attorney for Plaintiff

**ORDER**

Pursuant to the above stated stipulation by the parties, the existing schedule is modified as follows:

Fact Discovery Cutoff:  February 10, 2012

Last Day to File Expert Witness Designations:  February 17, 2012

Expert Discovery Cutoff:  March 9, 2012

Last Day to File Dispositive Motions: March 15, 2012

Last Day to Hear Dispositive Motions: April 19, 2012, at 1:30 p.m.

Pretrial Conference Date:  May 30, 2012, at 2:00 p.m.

Court Trial Date:  June 18, 2012, at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 17, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge

IT IS SO ORDERED
AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh