UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NGOC HA T. NGUYEN, individually and d/b/a ) <br> VI SAO CAFÉ, a/k/a SAO RESTAURANT, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-00506-LHK <br><br> ORDER RE: FURTHER BRIEFING |

The parties are hereby requested to provide, by 4:00 p.m. on January 11, 2012, further briefing (up to 3 pages per party) addressing the legislative history of 47 U.S.C. § 553 and whether that statute's prohibition against intercepting "any communications service offered over a cable system" applies to media streamed by a third-party website through a DSL connection provided by AT&T. The parties should be prepared to address how the legislative history of the statute supports their arguments at the January 12, 2012 hearing.

**IT IS SO ORDERED.**

Dated: January 9, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-00506-LHK
ORDER RE: FURTHER BRIEFING