UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 11-CV-00506-LHK |
| Plaintiff, | ORDER RE: FURTHER BRIEFING |
| v. | |
| NGOC HA T. NGUYEN, individually and d/b/a VI SAO CAFÉ, a/k/a SAO RESTAURANT, | |
| Defendants. | |

The parties are hereby requested to provide, by 4:00 p.m. on January 11, 2012, further briefing (up to 3 pages per party) addressing the legislative history of 47 U.S.C. § 553 and whether that statute's prohibition against intercepting "any communications service offered over a cable system" applies to media streamed by a third-party website through a DSL connection provided by AT&T.  The parties should be prepared to address how the legislative history of the statute supports their arguments at the January 12, 2012 hearing.

**IT IS SO ORDERED.**

Dated: January 9, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00506-LHK
ORDER RE: FURTHER BRIEFING