UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | Case No.: 11-CV-00506-LHK |
| Plaintiff, | ) ) | ORDER RE: SETTLEMENT |
| v. | ) ) | |
| NGOC HA T. NGUYEN, individually and d/b/a VI SAO CAFÉ, a/k/a SAO RESTAURANT, | ) ) ) | |
| Defendants. | ) ) | |

On January 10, 2012, Plaintiff filed a notice to the Court that the parties have "settled *all* claims relative to the above-entitled action in *their entirety*." ECF No. 53 (emphasis in original). Plaintiff's counsel also stated that he anticipates filing a Stipulation of Dismissal "*promptly*." *Id.* (emphasis in original). Plaintiff requested that the presently calendared deadlines and appearances be vacated.

The parties shall either file their stipulation of dismissal or the briefing on the legislative history of 47 U.S.C. § 553 requested by the Court by 4:00 p.m. on Wednesday, January 11, 2012. If the parties fail to file a stipulation of dismissal by that time, the January 12, 2012 hearing and case schedule remain as set. The parties are also requested to clarify whether the agreement also settles all claims in the related action, J & J Sports Productions, Inc. v. Nguyen, 5:11-CV-00506-LHK.

**IT IS SO ORDERED.**

Dated: January 10, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00506-LHK
ORDER RE: SETTLEMENT