Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NGOC HA T. NGUYEN, ET AL., <br><br> Defendant. | CASE NO. 5:11-cv-00506-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT, that the above-entitled action is hereby dismissed **with prejudice** against NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
Case No. 5:11-cv-00506-LHK
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs. The Clerk shall close the file.

5  Dated: January 10, 2012

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

10 Dated: Jan 10, 2012

_____
SAYURI K. SHARPER ATTORNEY AT LAW
By: Sayuri K. Sharper, Esquire
Attorney for Defendant NGOC HA T. NGUYEN, individually
and d/b/a VI SAO a/k/a SAO RESTAURANT

17 IT IS SO ORDERED:

*Lucy H. Koh*
_____
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: January 11, 2012

/// 
///
///
///
///